FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, a foreign corporation; and NATIONWIDE GENERAL INSURANCE COMPANY, a foreign corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>MATT MORRISON, an individual,<br><br>  Defendant. | No. 2:21-cv-00300-MKD<br><br>ORDER DISMISSING CASE<br><br>**ECF No. 34** |

Before the Court is the parties' Stipulated Motion to Dismiss Without Prejudice, ECF No. 34. The parties stipulate to the entry of an order dismissing the action without prejudice, with each party bearing its own costs and fees. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41(a)(1)(B), the Court accepts the notice of stipulation and dismisses the action without prejudice.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss Without Prejudice, **ECF No. 34**, is **ACCEPTED**.

2. This action, including all claims and counterclaims against all parties, shall be **DISMISSED without prejudice,** with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

5. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED April 29, 2022.

                     *s/Mary K. Dimke*
                     MARY K. DIMKE

ORDER - 2